IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZHENG MIN GUI, § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-4758 |
| § | |
| MARQE SUSHI & GRILL, LLC § | |
| Defendant. § | |

## FINAL DEFAULT JUDGMENT

The plaintiff moved for default against the defendant MARQE SUSHI & GRILL, LLC, (Docket Entry No 6). That motion established the defendant's failure to plead or defend this action. This court entered default and ordered the plaintiff to move for default judgment. The plaintiff did so, filing an affidavit and exhibits in support of his claims for damages and attorney's fees. The plaintiff also sent the defendant notice of the motions. Further notice to the defendants and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

The motion for default judgment is granted. This court concludes that Zheng Min Gui has established his entitlement to default judgment against Marqe Sushi & Grill, LLC, in the amount of $11,637.50 in unpaid overtime wages; $11,637.50 in liquidated damages, for a total of $23,275; $4,075.21 in reasonable attorney's fees and costs; costs of court; and postjudgment interest at the rate of 0.18% *per annum*.

SIGNED on June 20, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge